**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry JOSEPH, a.k.a. Gerry Jeudy, Defendant–Appellant.**

**No. 14–12322**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 21, 2016.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Stephen

M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh, Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Robert Augustus Harper, III, Harper Law Firm, P.A., Tallahassee, FL, Jerry Joseph, Suwannee CI–Inmate Legal Mail, Live Oak, FL, for Defendant–Appellant.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, III, appointed counsel for Jerry Joseph in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Joseph's convictions and sentences are **AFFIRMED.**